MICHAEL P. STONE, SBN 91142,
MUNA BUSAILAH, SBN 166328, and
ROBERT RABE, SBN 72312
Members of **STONE BUSAILAH, LLP**
Email: d.danial@police-defense.com
1055 E. Colorado Boulevard, Suite 320
Pasadena, CA 91106
Telephone: (626) 683-5600

Attorneys for Defendant JOHN JENAL

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Blvd. #115
Culver City, CA 90232
t. 310 396-0731
hoffpaul@aol.com
mseplow@sshhzlaw.com
jwashington@sshhzlaw.com

Humberto M. Guizar, Esq. (SBN 125769)
*hguizar@ghclegal.com*
Christian Contreras, Esq. (SBN 330269)
*cconterras@ghclegal.com*
**LAW OFFICES OF HUMBERTO GUIZAR, APC**
Justice X Building
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 725-1151

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA WOODWARD, VISHAL SINGH, SCOTT TAYLOR, AND ERIK BOYD,<br><br>PLAINTIFFS,<br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:22-cv-01306-GW-JEM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), the Parties hereby stipulate that Plaintiff Jessica Woodward dismisses with prejudice all claims against Defendant **JOHN JENAL.** Each party shall bear his or her own costs.

Dated: November 28, 2023  **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**

By: _____
JOHN WASHINGTON, Esq.
*Attorney for Plaintiffs*

Dated: November 28, 2023  **LAW OFFICES OF HUMBERTO GUIZAR, APC**

By: /s/ Christian Contreras
CHRISTIAN CONTRERAS, Esq.
*Attorney for Plaintiffs*

Dated: November 29, 2023  **BURKE, WILLIAMS & SORENSEN LLP**

By: _____
BRIAN S. GINTER, Esq.
*Attorneys for Defendant*
CITY OF LOS ANGELES

Dated: November 29, 2023  **STONE BUSAILAH, LLP**

By: _____
MUNA BUSAILAH, Esq.
ROBERT RABE, Esq.
*Attorneys for Defendant JOHN JENAL*

Dated: November 29, 2023  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____
KAYLEIGH A. ANDERSEN Esq.
*Attorneys for Defendant JEFFREY LEWIS*