**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
Paul Hoffman, SBN 71244
*hoffpaul@aol.com*
Michael Seplow, SBN 150183
*mseplow@sshhzlaw.com*
John Washington, SBN 315991
*jwashington@sshhzlaw.com*
9415 Culver Blvd. #115
Culver City, CA 90232
t. 310 396-0731

**LAW OFFICES OF HUMBERTO GUIZAR, APC**
Humberto M. Guizar, Esq., SBN 125769
*hguizar@ghclegal.com*
Christian Contreras, Esq., SBN 330269
*cconterras@ghclegal.com*
Justice X Building
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 725-1151

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA WOODWARD, et al, <br><br> PLAINTIFFS, <br> v. <br><br> CITY OF LOS ANGELES, et al. <br><br> DEFENDANTS. | Case No.: 2:22-cv-01306-GW-JEM <br><br> **NOTICE OF PARTIAL CONDITIONAL SETTLEMENT AND REQUEST TO TAKE FEBRUARY 12, 2024 HEARING ON DEFENDANT JEFFREY LEWIS' MOTION FOR SUMMARY JUDGMENT OFF CALENDAR** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Please take notice that Plaintiffs Jessica Woodward, Erik Boyd, Scott Taylor and Vinny Smith have reached a settlement in principle to resolve all of their claims against Defendants City of Los Angeles and Officer Jeffrey Lewis. The settlement, which is being recommended by the City Attorney's office, is conditioned on approval by the City of Los Angeles Claims Board. The approval process is expected to take approximately 60-90 days.

In light of the settlement, Plaintiffs and Defendant Lewis request that the hearing on Defendant Lewis' motion for summary judgment, set to be heard on February 12, 2024, be taken off-calendar.[1]

Dated: February 7, 2024　　　　**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL LAW CORPORATION**

By: 　*/s/ Michael D. Seplow*
　　　Michael D. Seplow
　　　*Attorneys for Plaintiffs.*

DATED: February 7, 2024　　　　**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: 　*/s/ Kayleigh Andersen*
　　　Eugene P. Ramirez, Esq.
　　　Kayleigh A. Andersen, Esq.
　　　Attorneys for Defendant,
　　　JEFFREY LEWIS.

---

[1] Plaintiff Vishal Singh's claims against Defendant John Jenal and the City of Los Angeles are not part of this settlement and therefore those claims are still pending at this time.

Dated: February 7, 2024          **BURKE, WILLIAMS & SORENSEN, LLP**

By:  */s/ Brian S. Ginter*
*Charles E. Slyngstad*
*Brian S. Ginter*
*Attorneys for Defendant*
*CITY OF LOS ANGELES.*

2

# LOCAL RULE 5-4.3.4 ATTESTATION

I attest that all counsel concur in this filing's content and have authorized the filing.

Dated: February 7, 2024

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: /s/ Michael D. Seplow
Michael D. Seplow
*Attorney for Plaintiffs.*