UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1306-GW-JEMx | Date | April 11, 2025 |
|---|---|---|---|
| Title | *Jessica Woodward, et al. v. City of Los Angeles, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - COURT ORDER

As noted in the Joint Status Report (ECF No. 131), the Circuit has dismissed for lack of jurisdiction the appeal from this Court's denial of defendant John Jenal's motion for summary judgment based on qualified immunity. In light thereof, the Court orders the parties to file by April 15, 2025, a joint report regarding scheduling dates for this litigation, including the dates for trial and final pre-trial conference. A status conference is currently set for April 17.

:

Initials of Preparer   JG