# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 22-1306-GW-AJRx |
| Title: | *Vishal Singh, et al. v. City of Los Angeles, et al.* |
| Date | August 27, 2025 |

Present: The Honorable **GEORGE H. WU, U.S. DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael D. Seplow; Christian M. Contreras; Humberto M. Guizar | Muna Busailah; Michael D. Williamson; Brian S. Ginter |

___ Day Court Trial       2nd Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ✔ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
✔ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ✔ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
✔ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✔ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to   March 2, 2026 at 8:30 a.m. for status conference
✔ Other:   The Court administratively closes this case with the Court retaining jurisdiction to enforce the settlement if necessary. Parties are to file a joint status report once settlement is finalized.

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |

cc: