UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-1306-GW-JEMx | Date | March 2, 2026 |
| Title | *Vishal Singh, et al. v. City of Los Angeles, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Court Smart / ECRO | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christian M. Contreras | Muna Busailah |
| | Brian S. Ginter |

**PROCEEDINGS:**     **STATUS CONFERENCE**

Court and counsel confer. Settlement is being finalized. The status conference is continued to May 11, 2026 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on May 7, 2026.

                                                              :    02

Initials of Preparer    JG