Paul Hoffman, SBN 71244
*hoffpaul@aol.com*
Michael Seplow, SBN 150183
*mseplow@sshhzlaw.com*
John Washington, SBN 315991
*jwashington@sshhzlaw.com*
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
9415 Culver Blvd. #115
Culver City, CA 90232
t. 310 396-0731

Humberto M. Guizar, Esq. (SBN 125769)
*hguizar@ghclegal.com*
Christian Contreras, Esq. (SBN 330269)
*cc@contreras-law.com*
**LAW OFFICES OF HUMBERTO GUIZAR, APC**
Justice X Building
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 725-1151

*Attorneys for Plaintiffs.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SINGH,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>DEFENDANTS. | Case No.: 2:22-cv-01306-GW-AJR<br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Status Conference: May 11, 2026 |

The parties submit the following status report regarding the status of the settlement:

The settlement agreement has been signed by all parties and the settlement has been approved by the City of Los Angeles.

Counsel for Defendant City of Los Angeles has indicated that the settlement check is expected to be sent in or about mid-August 2026.

Accordingly, the parties respectfully request that the Status Conference set for May 11, 2026 be continued until August 25, 2026.

Dated: May 7, 2026            **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL LAW CORPORATION**

By:    _/s/ Michael D  Seplow_
Michael D. Seplow
John Washington
Christian Contrares
Humberto Guizar
*Attorneys for Plaintiff.*

Dated: May 7, 2026            **STONE BUSAILAH, LLP**

By:    _/s/ Muna Busailah_
Muna Busailah, Esq.
Robert Rabe, Esq.
*Attorneys for Defendant*
*JOHN JENAL.*

Dated: May 7, 2026            **BURKE, WILLIAMS & SORENSEN, LLP**

By:    _/s/ Brian S  Ginter_
Charles E. Slyngstad
Brian S. Ginter
*Attorneys for Defendant*
*CITY OF LOS ANGELES.*

1

**LOCAL RULE 5-4.3.4 ATTESTATION**

I attest that all counsel concur in this filing's content and have authorized the filing.

Dated: May 7, 2026

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL LAW CORPORATION**

By:  */s/ Michael D. Seplow*
Michael D. Seplow
*Attorneys for Plaintiffs.*