Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JESSICA WOODWARD, SCOTT TAYLOR, ERIK BOYD, VISHAL SINGH, AND VINNEY SMITH,

Plaintiffs,

v.

CITY OF LOS ANGELES, a municipal entity, and DOES 1-10, inclusive,

Defendants.

Case No. CV 22-1306-GW-AJRx

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS BY PLAINTIFF VISHAL SINGH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

**ORDER**

The stipulation is approved. All claims by Plaintiff Vishal Singh ("Plaintiff") against Defendants City of Los Angeles and John Jenal (collectively, "Defendants") are hereby dismissed with prejudice.

Plaintiff and Defendants shall each bear their own costs and attorneys' fees concerning Plaintiff's claims against Defendants.

All claims asserted in this action are now dismissed, with prejudice. This case shall therefore be closed.

**IT IS SO ORDERED.**

DATED: August 11, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge